October 25, 1899.) Action by John B. McKiernan against Malinda Ballin and others. There was judgment for plaintiff, and defendants appealed, when the case was reversed (56 N. Y. Supp. 949); and on retrial plaintiff recovered again, and defendants appeal. Affirmed. Benjamin Patterson, for appellants. Martin H. Murphy, for respondent.

PER CURIAM. After a former trial and a determination in favor of the plaintiff, the judgment was reversed, and a new trial ordered, because of the exclusion, upon objections of the plaintiff, of evidence apparently relevant to the case of the defendants. These objections not now reappearing, upon the omission of the defendants to ask for that evidence, and nothing of merit appearing in the exceptions taken by the appellants upon the second trial, the judgment appealed from is affirmed, with costs.

McLAUGHLIN v. PRESCOTT et al. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Christopher McLaughlin against Charles H. Prescott and others. No opinion. Motion to go to the court of appeals. Denied. See 58 N. Y. Supp. 1144.

McMANUS, Respondent, v. WESTERN ASSUR. CO. OF TORONTO, CANADA, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by Ann McManus against the Western Assurance Company of Toronto, Canada. No opinion. Judgment and order affirmed, with costs, on the opinion of G. YNOR, J., rendered on motion for a new trial. 48 N. Y. Supp. 820.

MANDIGO, Appellant, v. BAILEY, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Jennie Mandigo against Frank P. Bailey. No opinion. Order modified, so as to direct award of motion costs to plaintiff to abide the event of the action, and, as modified, affirmed, without costs.

MATTHIAS, Respondent, v. MAYER, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Edward Matthias, an infant, against Franz Mayer. J. R. Bowen, for appellant. F. Eberhardt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MEAD, Appellant, v. FRIEDBERG, Respondent. (Supreme Court, Appellate Term. October 25, 1899.) Action by Malissa F. Mead against Simon S. Friedberg. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Roger S. Baldwin, for appellant. Smith & Cochrane, for respondent.

FREEDMAN, P. J. At the close of the plaintiff's case the defendant moved for a dismissal of the complaint upon various grounds, and, among others, upon the ground that it did not appear that the court had jurisdiction of the action. The trial judge dismissed the complaint, upon the ground that the plaintiff was not the real party in interest. It is not necessary to determine whether the proper reason was assigned for granting the motion. As there was no proof in the case that the defendant is a resident within the territorial jurisdiction of the court, the dismissal was proper, irrespective of the particular reason assigned, especially as the plaintiff did not ask for leave to supply the defect in her proof. The judgment must therefore be treated as one dismissing plaintiff's complaint for insufficiency of proof, and, as such, it should be affirmed. Judgment affirmed, with costs. All concur.

MILLER et al., Respondents, v. SALT SPRINGS NAT. BANK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Henry W. Miller and others against the Salt Springs National Bank and others, impleaded, etc. No opinion. Order affirmed, without costs to either party.

MOEN, Respondent, v. WEILER, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Mary C. Moen against Frank W. Weiler. M. P. Stevens, for appellant. H. M. Hitchings, for respondent. No opinion. Judgment affirmed, with costs.

MORGAN, Respondent, v. VILLAGE OF PENN YAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Charles W. Morgan against the village of Penn Yan. No opinion. Motion denied, with $10 costs. See 59 N. Y. Supp. 504.

In re MOSHER. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) In the matter of the application of Charles W. Mosher for a writ of mandamus. No opinion. Motion granted, without costs.

MURRAY, Respondent, v. CARROLL, Appellant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Michael D. Murray against Dennis Carroll, as executor, etc. No opinion. Order affirmed, with $10 costs and disbursements.

MUTUAL BEN. LOAN & BUILDING CO., Plaintiff, v. McGOVERN et al., Defendants. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by the Mutual Benefit Loan & Building Company against Sarah F. McGovern and others. No opinion. Motion granted, with $10 costs, unless the appellant places the cause on the next calendar of this court.

NATIONAL SUSPENDER MFG. CO., Appellant, v. HOADLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by the National Suspender Manufacturing Company against Russell H. Hoadley and others on a Lloyd's policy of insurance. From a judgment in favor of defendants, entered on a dismissal of the complaint, plaintiff appeals. Reversed.

PER CURIAM. This case involves precisely the same question as the case of Isear v. Hoadley (decided at this term) 60 N. Y. Supp. 609;